IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIFER LE FEUVRE, | |
| Plaintiff, | Case No.: 1:24-cv-09640 |
| v. | Judge John J. Tharp, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Keri L. Holleb Hotaling |
| Defendants. | |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 49 | SBDmk |
| 98 | Beessbest |
| 45 | DYSY |
| 66 | XHILL |
| 139 | Darani store |
| 36 | epinglu |
| 58 | HYFKHJU |
| 60 | zhengwycbd22 |
| 78 | Andongnywell |
| 20 | LUkang |
| 21 | LiBwek |
| 24 | Cyyran |
| 25 | ubengw*e |
| 44 | askedwayu |
| 68 | 西双版纳达英商贸有限公司 |
| 74 | YYbnjlm |
| 96 | LKPJJFRG 2024(7-12 day fast delivery) |
| 107 | Putian Chengxiang District Guoyuanxiao Trade Co., |
| 108 | BESRXXS |
| 109 | Putian Chengxiang Yinhuazhong Trade Co., Ltd |

| | |
|---|---|
| 110 | dumanfs |
| 118 | CSBYBD |
| 122 | XXHZL |
| 126 | Junsyuffk |
| 27 | Nisdediwo |
| 28 | Tthxqing |
| 170 | ruihuiteng |
| 171 | PPxmz |
| 172 | guangzhoudaochuxinmaoyiyouxiangongsi |
| 173 | neuxse |
| 183 | Poeux |
| 76 | Hewel Store |
| 80 | Elizaday |
| 73 | Nawenjuyu ⚡ US Direct ⚡ |
| 143 | HATTEN store |
| 184 | Lqideymx |
| 185 | HXLMSJHSHAAA |
| 186 | Yuezhirui Co., LTD |
| 189 | Aipengry |
| 190 | WTXUE CO.Ltd |
| 151 | Nianyouyu |
| 182 | zeshisi |
| 1 | WUCHUNGUANG |
| 4 | Q-DH |
| 31 | fALLyu |
| 33 | QJZmaoyi |
| 34 | SHOPESSA |
| 81 | CBCBTWO-US |
| 90 | QmTMeg |
| 91 | aukAD Er deals of the day clearance |
| 94 | HGps8w |
| 99 | JOAU |
| 100 | SMIDOW Fashion Online |
| 106 | HRAPDA Women's Fashion Clothes |
| 130 | anxleISt deals of the day |
| 133 | IEPOFG FASHION |
| 134 | new-new |
| 84 | REWANGOING |
| 141 | babysbule |
| 144 | SBYOJLPB |
| 145 | Fengqque |
| 146 | TIHLMK |
| 147 | Tejiojio |
| 148 | EQWLJWE |

| No. | Name |
|---|---|
| 149 | Good Life |
| 150 | JAB62 |
| 152 | JGGSPWM |
| 155 | Tponi Discount Mall |
| 156 | Jacenvly |
| 157 | Mamvis |
| 158 | JiangYin |
| 159 | JingHai |
| 160 | CHaneH |
| 162 | BSDJILFG |
| 163 | Wo-fusoul |
| 164 | KkSLirnhs |
| 165 | qmtmeg |
| 166 | LYXSSBYX |
| 167 | sovlvnd |
| 174 | JinHeFang |
| 176 | Ofreoo |
| 177 | yio1128 |
| 180 | HUIhuiFA88 |
| 181 | Mrat |
| 202 | pstuiky |
| 7 | ALLMoney Prime Deals 2024 |
| 8 | GDJGTA |
| 13 | Niooum |
| 14 | YUUHOOU |
| 22 | JIOEEH |
| 29 | US-Flashsale❥7-14 days arrive❥ Clearance Hot Sale |
| 30 | GwenjuH |
| 32 | eguiwyn |
| 35 | ♥7-16 days arrival♥ NiuFuQi |
| 46 | BODOAO |
| 101 | Kiosan |
| 103 | Deal of The Day Prime Today 2024 Beryty |
| 111 | Plufnvea |
| 112 | rexiao shop |
| 116 | JOFOW |
| 120 | Octtong |
| 123 | ZTY66 |
| 124 | MESSIYO |
| 77 | Chenao |
| 3 | Qiqikawaii |
| 56 | YUNJIN MALL |
| 67 | iLH |
| 128 | Wugonta Store |

DATED: November 22, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 22, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                      */s/ Keith A. Vogt*
                                      Keith A. Vogt